CRIMINAL COMPLAINT
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America**<br>**v.**<br>**Christopher Lee HEREDIA**<br>DOB: 1987; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-03451MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about October 27, 2022, in the District of Arizona, **Christopher Lee HEREDIA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) shotgun; two (2) AK-47 rifles; one (1) AR-15 rifle; three (3) .22 long rifle pistols; one hundred and fifty (150) 9mm rounds of ammunition; forty (40) 270 Winchester rounds of ammunition; one thousand and sixty (1060) 7.62 x 39 rounds of ammunition; forty (40) .30-06 rifle SPRG rounds of ammunition; one hundred (100) rounds of .38 special ammunition; one hundred (100) .40 Smith & Wesson rounds of ammunition; six (6) .22 long rifle magazines; two (2) AR-15 magazines; two (2) AK-47 magazines; two (2) rifle .22 long magazines; and one (1) 9mm magazine, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On October 27, 2022, **Christopher Lee HEREDIA** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a 2007 Dodge Nitro bearing a temporary Arizona license plate driven by sole occupant **Christopher Lee HEREDIA**. **HEREDIA** was the registered owner with a Phoenix address on the registration. The CBPO asked **HEREDIA** if he had any currency over $10,000, weapons, or ammunition to declare to which he denied having any of these items. **HEREDIA** stated he was traveling to Mexico for the day for a birthday party and returning to Phoenix the following day. During a Z-Portal x-ray scan of the vehicle, anomalies were detected in the trunk area of the vehicle. A canine inspection revealed a positive alert. During a subsequent search of the vehicle at secondary inspection, CBP officers discovered the following: one (1) shotgun; two (2) AK-47 rifles; one (1) AR-15 rifle; three (3) .22 long rifle pistols; one hundred and fifty (150) 9mm rounds of ammunition; forty (40) 270 Winchester rounds of ammunition; one thousand and sixty (1060) 7.62 x 39 rounds of ammunition; forty (40) .30-06 rifle SPRG rounds of ammunition; one hundred (100) rounds of .38 special ammunition; one hundred (100) .40 Smith & Wesson rounds of ammunition; six (6) .22 long rifle magazines; two (2) AR-15 magazines; two (2) AK-47 magazines; two (2) rifle .22 long magazines; and one (1) 9mm magazine. During the inspection, **HEREDIA** turned off his cell phone.

The weapons, ammunition, and magazines were all concealed in a non-factory compartment of the rear bumper area of the vehicle within the vehicle frame. The non-factory compartment started from the rear (license plate area) and extended about 4 feet in depth which enabled the concealment of several weapons and ammunition.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano* Raquel Arellano Digitally signed by RAQUEL ARELLANO Date: 2022.10.31 09:39:08 -07'00' | SIGNATURE OF COMPLAINANT<br>DANA ELICH Digitally signed by DANA ELICH Date: 2022.10.31 09:46:32 -07'00'<br><br>OFFICIAL TITLE<br>HSI Task Force Agent Dana Elich |
| **Sworn by telephone x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>October 31, 2022 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

In a post-*Miranda* interview, **HEREDIA** admitted that smuggling weapons from the United States into Mexico is illegal and that he does not having a license to export firearms/ammunition into Mexico. He stated he is the registered owner of the vehicle and that he had purchased the vehicle about 2-3 months ago. He stated he drove from Phoenix and stopped in Marana to eat and play games on his cell phone and then drove to Nogales. He did not stop anywhere else and had complete control of his keys and vehicle the entire time. He stated he did not know how the weapons and ammunition were in his vehicle. He said he did not know where his cousin lives in Mexico and could not provide an address or cross streets. He stated he was going to return to Phoenix in a couple of hours or stay at his cousin's house. He was going to call or text message his cousin once he crossed into Mexico and she would meet him in Nogales, Sonora to travel together to her house. He stated he works for a mechanic in Phoenix fixing vehicles and repairing them.

The firearms, ammunition, magazines, and weapon parts found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **HEREDIA** does not possess a license to export weapons or ammunition into Mexico.